# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV17-03498 JAK (ASx) | Date | June 7, 2017 |
|---|---|---|---|
| Title | Volante, LLC v. Zetta Jet USA, Inc. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Anel Huerta | Not Reported |
| Relief Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL RE LACK OF PROSECUTION

The Court, on its own motion, orders Plaintiff to show cause in writing no later than June 19, 2017, why this action should not be dismissed for lack of prosecution. Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. Fed.R.Civ.Proc. 4(m). Generally, defendants must answer the complaint within 21 days after service (60 days if the defendant is the United States). Fed.R.Civ.Proc. 12(a)(1). In the present case, an answer by defendant(s) has not been filed. An action may be dismissed prior to such time if the Plaintiff fails diligently to prosecute the action.

The Order to Show Cause will stand submitted upon the filing of an appropriate response. No oral argument will be heard unless otherwise ordered by the Court. The Order to Sow Cause will stand submitted upon the filing of plaintiff's response and/or an answer by defendant(s).

**IT IS SO ORDERED.**